IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| AVIS RENT A CAR SYSTEM, LLC | * | CASE NO. 3:12 cv 00399 |
| Plaintiff | | Judge Walter H. Rice |
| V. | * | |
| CITY OF DAYTON, OHIO | | |
| Defendant | * | |

| | | |
|---|---|---|
| ENTERPRISE RAC COMPANY OF CINCINNATI, LLC DBA ENTERPRISE RENT-A-CAR, et al. | * | CASE NO. 3:12 cv 00405 |
| | | Judge Walter H. Rice |
| Plaintiff | * | |
| V. | | |
| CITY OF DAYTON, OHIO | * | |
| Defendant | | |

**ORDER TO FILE DEPOSITIONS UNDER SEAL**

It is hereby ORDERED AND ADJUDGED, pursuant to S.D. Ohio Civ. R. 79.3 and the parties Agreed Protective Order *(Doc 20, Case No. 3:12 cv 00399 and Doc 22, Case No. 3:12 cv 00405)*, that the deposition transcripts of Michael Filomena, Barbara Mathey and Kurt Schwager will be filed under seal.

Plaintiffs have designated the following portions of the referenced depositions as CONFIDENTIAL-ATTORNEY EYES ONLY:

Michael Filomena: Pages 89:12-95:13

Barbara Mathey: Pages 104:14-106:1

Kurt Schwager: Pages 17:23-25:1; 29:23-30:2; 32:22-37:1; 40:21-41:10; 44:18-45:19; 46:3-59:16; 71:15-72:12; 75:15-76:6; 77:22-78:25; 80:1-85:9; 86:11-19; 122:14-123:21. Additionally, Enterprise designates as "Confidential—Attorney's Eyes Only" Exhibit FF from Schwager's deposition.

                                                                                                             _____
                                                                                                              HONORABLE WALTER H. RICE
                                                                                                              UNITED STATES DISTRICT JUDGE